**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. George GLIKES, Respondent.**

No. 7584.

Circuit Court of Appeals, Sixth Circuit.

Nov. 15, 1938.

James W. Morris, Sewall Key, and Herman Oliphant, all of Washington, D. C., for petitioner.

Allen G. Gartner, of Washington, D. C., for respondent.

Before SIMONS, ALLEN and HAMILTON, Circuit Judges.

PER CURIAM.

The decision of the Board of Tax Appeals is affirmed on the authority of Commissioner of Internal Revenue v. Cleveland Trinidad Paving Co., 6 Cir., 62 F.2d 85; and Blaine L. Stoner v. Commissioner, 3 Cir., 79 F.2d 75; certiorari denied, Helvering v. Stoner, 296 U.S. 650, 56 S.Ct. 309, 80 L.Ed. 462.

**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. Theodore MORAY, Respondent.**

No. 7585.

Circuit Court of Appeals, Sixth Circuit.

Nov. 15, 1938.

James W. Morris, Sewall Key, and Herman Oliphant, all of Washington, D. C., for petitioner.

Allen G. Gartner, of Washington, D. C., for respondent.

Before SIMONS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

It being stipulated that decision in No. 7584, 99 F.2d 1000, this day decided, shall control the above cause, the decision of the Board of Tax Appeals is hereby affirmed.

**COMMISSIONER OF INTERNAL REVENUE v. ROBERT E. BARBER LAND COMPANY.**

No. 8114.

Circuit Court of Appeals, Sixth Circuit.

Oct. 10, 1938.

James M. Morris, Asst. Atty. Gen., for petitioner.

Wm. J. Murray, of Detroit, Mich., for respondent.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

Upon motion of counsel for petitioner on review and consented to by counsel for respondent on review, it is ordered, adjudged, and decided that the appeal in the above-entitled cause be dismissed without costs to either party, pursuant to the rules of the court in such cases made and provided.